NO.
12-08-00147-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

RICKEY CARNELL JONES,          §                      APPEAL FROM THE SEVENTH

APPELLANT

 

V.        §                      JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                                                                           


MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of possession of a controlled substance.  The trial court assessed punishment at
imprisonment for five years.  We have
received the trial court’s certification showing that this is a plea bargain
case, and Appellant has no right of appeal. 
See Tex. R. App. P. 25.2(d).  Appellant and his trial counsel signed the
certification.  Accordingly, the appeal
is dismissed for want of jurisdiction.

Opinion delivered April 23,
2008.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

(DO NOT PUBLISH)